USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO VELASQUEZ,

                Plaintiff,

    v.

R B STYLE BARBER SHOP, INC., and LIBO REALTY LLC,

                Defendants.

No. 21-CV-8966 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Due to a scheduling conflict, the initial conference previously scheduled for March 4, 2022 is hereby rescheduled to March 3, 2022 at 4:00 p.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    February 23, 2022
              New York, New York

_____
Ronnie Abrams
United States District Judge