# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

February 23, 2022

**VIA CM/ECF**
Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1506
New York, NY 10007

        Re:    Velasquez v. R B Style Barber Shop, Inc., et al.
                  Case 1:21-cv-08966-RA

Dear Judge Abrams:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for March 3, 2022, at 4:00 p.m., in your Honor's Courtroom. Though this office received communication from an attorney for this case, there is no formal appearance for both Defendants as yet. As such, the undersigned counsel will be undertaking additional efforts including follow-up correspondence with a copy of the Summons and Complaint to the corporate address of any non-appearing Defendant, in order to facilitate contact from said Defendant. As such, in order to afford additional time for any non-appearing Defendant to formally appear and engage in subsequent discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date most convenient to this Honorable Court. Thank you for your consideration of this second adjournment request.

Application granted.

The initial conference scheduled for March 3, 2022 is hereby adjourned to April 8, 2022 at 4:00 p.m. The conference will be held via telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

The parties' joint letter shall be filed on or before April 1, 2022.

Plaintiff shall serve a copy of this order on Defendants.

SO ORDERED.

_____
Hon. Ronnie Abrams
02/24/2022

Sincerely,

By: /S/   B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com