UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

       Plaintiff,

  v.

R B STYLE BARBER SHOP INC. and LIBO REALTY LLC,

       Defendants.

No. 21-CV-8966 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  On April 8, 2022, the Court held an initial status conference in this case. Defendants' counsel did not appear. The conference is hereby rescheduled to April 12, 2022 at 3:00 p.m.

SO ORDERED.

Dated: April 8, 2022
     New York, New York

                 Ronnie Abrams
                 United States District Judge